## SINGER MANUFACTURING COMPANY v. FALLS et al.

TURNER, J. Where, on a trial in a justice's court, the parties were at issue on questions of fact, and the losing party presents to the judge of the superior court a petition for certiorari in which he complains that the magistrate who tried the case "erred in giving judgment for the plaintiff in any amount, be-

cause said judgment was contrary to the evidence and without evidence to support it," a question of fact is involved. The superior court therefore did not err in dismissing the certiorari on the ground that a question of fact was involved, no appeal to a jury in the justice's court having been entered, and the case involving less than fifty dollars.

*Judgment affirmed. All the Justices concurring.*

Submitted November 3,—Decided November 16, 1903.

Petition for certiorari. Before Judge Gober. Fannin superior court. May 29, 1903.

*Alexander & Powers* and *DuPree & Dobbs,* for plaintiff in error.